UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60004-CIV-SINGHAL

LUCELY CORAL,

     Plaintiff,

  vs.

AMERICAN EXPRESS NATIONAL BANK,
*et al.,*

Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to File the First Amended Complaint (the "Motion") (DE [42]).  Defendant American Express National Bank ("American Express") partially opposes the Motion, specifically the addition of a claim under the Florida Consumer Collection Practices Act ("FCCPA").  American Express argues that amendment would be futile, because Plaintiff does not state a claim under the FCCPA since the monthly bill statements are not communications about a debt.

Under *Daniels v. Select Portfolio Servicing, Inc.*, 34 F.4th 1260 (11th Cir. 2022), monthly billing statements are subject to the FCCPA if there exists "a nexus between the communication and the collection of a debt." *Id.* at 1267.  The *Daniels* Court considered several facts demonstrating that the mortgage statements were communications connected with collection of a debt, including that the statements specifically stated they were "an attempt to collect a debt"; included language such as "loan due date," "amount due," "payment due date," "interest-bearing principal," and "interest rate"; and included a form to pay with a warning about late fees.  *Id.* at 1268.

Whether American Express's communications are subject to the FCCPA is a question of fact.  Even though Plaintiff has not alleged that American Express's communications included the type of debt-collection language at issue in *Daniels*, that is a question of proof, not a failure to state a claim.  Plaintiff alleged that American Express harassed Plaintiff by making repeated communications about debt collection.  Such allegations need further factual proof like the facts in *Daniels* to survive a motion for summary judgment, but are sufficient to state a claim.  Amendment would not be futile under *Forman v. Davis*, 371 U.S. 178, 182 (1962).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [42]) is **GRANTED**.  Plaintiff shall file her Amended Complaint as a separate docket entry by **June 1, 2026**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of May 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

2